UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23570-CIV-MORENO

RUBISNIER PELAEZ,

    Plaintiff,

vs.

B&K INSTALLATIONS, INC.,

    Defendant.
_____/



## ORDER APPROVING JUDGMENT AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment (**D.E. 13**), filed **February 5, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Court approves the Defendant's offer of judgment and Plaintiff's acceptance thereof as fair and reasonable. Pursuant to Fed. R. Civ. P. 68, the Court directs the Clerk to enter judgment in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) inclusive of attorneys' fees and costs against Defendant and in favor of Plaintiff.

Further, all pending motions are DENIED as MOOT with leave to renew if appropriate and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of February, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record